**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER REINSTATING APPEAL

Appellate case name:     Kevoughn Dontrell v. The State of Texas

Appellate case number:   01-20-00280-CR

Trial court case number: 1519214

Trial court:             184th District Court of Harris County

This appeal was abated to resolve issues relating to a missing trial exhibit, specifically State's Exhibit 182. The trial court reporter subsequently filed a copy of the missing exhibit with the Court. Accordingly, we lift the abatement ordered by this Court and reinstate the appeal on the Court's active docket.

It is so ORDERED.


Judge's signature: ____/s/ Sarah B. Landau_____
                          Acting individually


Date: ___April 12, 2022___